EXHIBIT D

# US Patent 6,567,086 Versus Kia Surround View Camera



[2020 Kia Telluride Press Releases (kiamedia.com)](http://kiamedia.com)

*Preliminary Claim Chart Showing Infringement of the U.S. Patent No. 6,567,086 by Kia*

| Claim 24 |
|---|
| 24. A method of displaying a view window of an environment from a plurality of video streams, wherein each video stream includes environment data for recreating different viewable ranges of the environment, the method comprising:<br><br>selecting an active video stream from the plurality of video streams;<br><br>decoding the active video stream; and<br><br>generating an image for the view window using the active video stream. |

| Claim 24 | |
|---|---|
| A method of displaying a view window of an environment from a plurality of video streams, wherein each video stream includes environment data for recreating different viewable ranges of the environment, the method comprising: | {Kia performed the recited method. Below is a screen shot from a Kia vehicle displaying a view window of an environment.}  [2020 Telluride 360 camera views (youtube.com)](https://youtube.com) |

3

| Claim 24 | |
|---|---|
| A method of displaying a view window of an environment from a plurality of video streams, wherein each video stream includes environment data for recreating different viewable ranges of the environment, the method comprising: | {Each of the cameras has a video stream.}<br><br> <br> <br><br>2020 Telluride 360 camera views (youtube.com); 2020 Kia Telluride Camera Systems Overview\|Kia Telluride Options and Features (youtube.com) |

| Claim 24 | |
|---|---|
| A method of displaying a view window of an environment from a plurality of video streams, wherein each video stream includes environment data for recreating different viewable ranges of the environment, the method comprising: | {Each video stream includes environment data for recreating different viewable ranges of the environment. This is evidenced, for example, by the ability of the system to utilize the plurality of video streams to create different views of the surrounding environment.}  2020 Telluride 360 camera views (youtube.com) |

5

| Claim 24 | |
|---|---|
| A method of displaying a view window of an environment from a plurality of video streams, wherein each video stream includes environment data for recreating different viewable ranges of the environment, the method comprising: | {Each video stream includes environment data for recreating different viewable ranges of the environment. This is evidenced, for example, by the ability of the system to utilize the plurality of video streams to create different views of the surrounding environment.}<br><br> <br> <br><br>2020 Telluride 360 camera views (youtube.com); 2020 Kia Telluride Camera Systems Overview\|Kia Telluride Options and Features (youtube.com) |

6

*Preliminary Claim Chart Showing Infringement of the U.S. Patent No. 6,567,086 by Kia*

| Claim 24 | |
|---|---|
| selecting an active video stream from the plurality of video streams; | {Based upon input from the user (e.g., shifting into reverse or selecting an option), the camera selects an active video stream from the plurality of video streams.}  2020 Telluride 360 camera views (youtube.com) |

7

*Preliminary Claim Chart Showing Infringement of the U.S. Patent No. 6,567,086 by Kia*

| Claim 24 | |
|---|---|
| decoding the active video stream; and | https://www.analog.com/en/analog-dialogue/articles/analog-front-end-for-imaging-applications.html#  {Note: On information and belief, the Kia system has equivalent components. The analog front end decodes raw analog image data into raw digital image data.} |

8

*Preliminary Claim Chart Showing Infringement of the U.S. Patent No. 6,567,086 by Kia*

| Claim 24 | |
|---|---|
| generating an image for the view window using the active video stream. | {The Kia vehicle generated an image for the view window using the active video stream.}  2020 Telluride 360 camera views (youtube.com) |

9