# EXHIBIT E

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 6,741,250 by Kia*



2020 Kia Telluride Press Releases (kiamedia.com)

1

| Claim 1 |
|---|
| 1. A method of:<br><br>    recording a video stream comprising a plurality of frames, wherein said plurality of frames define a plurality of distorted images;<br><br>    designating a portion of said video stream to be a video segment; and<br><br>    specifying a view path through said video segment. |

| Claim 1 | |
|---|---|
| A method of:<br><br>recording a video stream comprising a plurality of frames, wherein said plurality of frames define a plurality of distorted images | {One image from the front, rear, and side cameras are stitched together in the below image.}<br><br>2020 Telluride 360 camera views (youtube.com) |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 6,741,250 by Kia*

| Claim 1 | |
|---|---|
| designating a portion of said video stream to be a video segment; and | {Kia provided the recited functionality for the vehicles with Surround View Camera functionality.  A portion of the video stream can be designated, such as a subset selected of the entire video, as shown in the image below showing the selection of a particular portion of a surround view, which is then shown until the view is changed.}      [2020 Telluride 360 camera views (youtube.com)](https://youtube.com); [2020 Kia Telluride Camera Systems Overview|Kia Telluride Options and Features (youtube.com)](https://youtube.com) |

4

| Claim 1 | |
|---|---|
| specifying a view path through said video segment. |  [2020 Kia Telluride Camera Systems Overview\|Kia Telluride Options and Features (youtube.com](#) <br><br> *{Note: Kia implemented the selected view, thereby specifying a view path. The view path in the image indicates shows a partial surround view.}* |