# EXHIBIT H

# US Patent 6,567,086 Versus Genesis Surround View Camera



Camera View | Genesis G90 | How-To | Genesis USA (youtube.com)

1

*Preliminary Claim Chart Showing Infringement of the U.S. Patent No. 6,567,086 by Hyundai*

| Claim 24 |
|---|
| 24. A method of displaying a view window of an environment from a plurality of video streams, wherein each video stream includes environment data for recreating different viewable ranges of the environment, the method comprising:<br><br>selecting an active video stream from the plurality of video streams;<br><br>decoding the active video stream; and<br><br>generating an image for the view window using the active video stream. |

*Preliminary Claim Chart Showing Infringement of the U.S. Patent No. 6,567,086 by Hyundai*

| Claim 24 | |
|---|---|
| A method of displaying a view window of an environment from a plurality of video streams, wherein each video stream includes environment data for recreating different viewable ranges of the environment, the method comprising: | {Hyundai performed the recited method.  Below is a screen shot from a Genesis vehicle displaying a view window of an environment.}<br><br><br><br>Camera View \| Genesis G90 \| How-To \| Genesis USA (youtube.com); *see also* Surround View Monitor \| Genesis G70 \| How-To \| Genesis USA (youtube.com) |

3

| Claim 24 | |
|---|---|
| A method of displaying a view window of an environment from <span style="color:blue">a plurality of video streams</span>, wherein each video stream includes environment data for recreating different viewable ranges of the environment, the method comprising: | {Each of the cameras has a video stream.}     [Camera View \| Genesis G90 \| How-To \| Genesis USA (youtube.com)](#); *see also* [Surround View Monitor \| Genesis G70 \| How-To \| Genesis USA (youtube.com)](#) |

| Claim 24 | |
|---|---|
| A method of displaying a view window of an environment from a plurality of video streams, wherein each video stream includes environment data for recreating different viewable ranges of the environment, the method comprising: | {Each video stream includes environment data for recreating different viewable ranges of the environment. This is evidenced, for example, by the ability of the system to utilize the plurality of video streams to create different views of the surrounding environment.}<br><br><br><br>Camera View \| Genesis G90 \| How-To \| Genesis USA (youtube.com); *see also* Surround View Monitor \| Genesis G70 \| How-To \| Genesis USA (youtube.com) |

5

| Claim 24 | |
|---|---|
| selecting an active video stream from the plurality of video streams; | {Based upon input from the user (e.g., shifting into reverse or selecting an option), the camera selects an active video stream from the plurality of video streams.}  Camera View \| Genesis G90 \| How-To \| Genesis USA (youtube.com) *see also* Surround View Monitor \| Genesis G70 \| How-To \| Genesis USA (youtube.com) |

*Preliminary Claim Chart Showing Infringement of the U.S. Patent No. 6,567,086 by Hyundai*

| Claim 24 | |
|---|---|
| decoding the active video stream; and | https://www.analog.com/en/analog-dialogue/articles/analog-front-end-for-imaging-applications.html#  {Note: On information and belief, the Hyundai (Genesis) system has equivalent components. The analog front end decodes raw analog image data into raw digital image data.} |

7

| Claim 24 | |
|---|---|
| generating an image for the view window using the active video stream. | {The Genesis vehicle generated an image for the view window using the active video stream.}  Camera View \| Genesis G90 \| How-To \| Genesis USA (youtube.com); *see also* Surround View Monitor \| Genesis G70 \| How-To \| Genesis USA (youtube.com) |

8